| | |
|---|---|
| DEFENDANT: Joel Pasternak | Judgment - Page 3 of 7 |
| CASE NUMBER: 2:16-cr-00115-JRG-MCLC-001 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **108 months**.

108 months as to Counts 1,2,9,10,11,12,13 and 14, with terms to run concurrently for a net sentence of 108 months.

☒ The court makes the following recommendations to the Bureau of Prisons:

The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. The Court will recommend the defendant be allowed to participate in a wide range of educational and vocational training to learn a trade or marketable skills while incarcerated. The Court will further recommend the defendant receive credit for time served since the defendant's detention on 11/1/2016. Lastly, the Court will also recommend the defendant be designated to the BOP facility at Manchester, KY.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    at __ a.m. p.m. on __
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on 11-6-2017 to FCI Man at _____, with a certified copy of this judgment.

                                                          J. A. Barnhart
                                                          ~~UNITED STATES MARSHAL~~
                                                          Warden

                                                          By CSO Chris C/L
                                                          DEPUTY UNITED STATES MARSHAL